UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YITZ GROSSMAN,

                Plaintiff,

-against-

WARDEN B. VON BLACKENSEE; CAPTAIN MATT WHINERY; EXECUTIVE ASSISTANT/CAMP ADMINISTRATOR CHRIS ENTZEL; CHAPLAIN AVROHOM RICHTER; J.L. MALDONADO; OFFICER AHAMAD REZAK aka AHMED REZAK,

                Defendants.

19-CV-9191 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

    Plaintiff Yitz Grossman, who is currently on home confinement, paid the filing fee to bring this *pro se* action regarding events that occurred while he was incarcerated at Otisville Correctional Facility. According to Plaintiff, Otisville employees violated his right to freely practice his religion.

    The Clerk of Court is directed to issue summonses as to Defendants Warden Von Blanckensee, Captain Matt Whinery, Executive Assistant/Camp Administrator Chris Entzel, Chaplain Avrohom Richter, J.L. Maldonado, and Correction Officer Ahamad Rezak aka Ahmed Rezak. Plaintiff is directed to serve the summons and complaint on Defendants within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the action under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. It is Plaintiff's responsibility to request, if necessary, an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue summonses for Defendants Von Blanckensee, Whinery, Entzel, Richter, Maldonado, and Rezak. The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with the summonses and an information package.

SO ORDERED.

Dated: Feb. 4, 2020
White Plains, New York

_____
NELSON S. ROMAN
United States District Judge