UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YITZ GROSSMAN,

                    Plaintiff,

-against-

WARDEN B. VON BLACKENSEE, CAPTAIN MATT WHINERY, EXECUTIVE ASSISTANT/CAMP ADMINISTRATOR CHRIS ENTZEL, CHAPLAIN AVROHOM RICHTER, J.L. MALDONADO, OFFICER AHAMAD REZAK a/k/a AHMED REZAK,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/24/2020

19-CV-9191 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      Plaintiff Yitz Grossman brings this *pro se* action, for which the filing fee has been paid, alleging that Defendants violated his federally protected rights while he was incarcerated at Otisville Correctional Facility. (ECF Nos. 1 & 5.) According to Plaintiff, Otisville employees violated his right to freely practice his religion. (*Id.*)

      By Order of Service dated February 4, 2020, the Court directed the Clerk of Court to issue summonses for Defendants Von Blackensee, Whinery, Entzel, Richter, Maldonado, and Rezak. (ECF No. 6.) The court further directed Plaintiff to serve the summons and amended complaint on Defendants within 90 days of the issuance of the summonses. (*Id.*) The Clerk of Court issued summonses for all Defendants on February 5, 2020. On May 1, 2020, Plaintiff filed a letter with the Court seeking an extension of time to serve Defendants. (ECF No. 8.) Plaintiff states that for reasons related to his health and the global pandemic, he was unable to complete service by the Court's deadline. (*Id.*) Plaintiff further states that he has been unable to serve Defendant Rezak at his last known residential address or business address. (*Id.*)

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997).  Accordingly, the Court directs the New York State Attorney General to provide to Plaintiff and the Court a current address for service upon Defendant Officer Ahamad Rezak, a/k/a Ahmed Rezak.  The New York State Attorney General must provide this information to Plaintiff and the Court within 45 days of the date of this order.  Upon receipt of the service address for Defendant Rezak, the Court will issue a supplemental order of service directing the Clerk of Court to complete a USM-285 form with the proper service address.

Further, the Court grants Plaintiff's request for an extension of time to complete service of the summons and amended complaint upon Defendants.  Plaintiff shall serve the summons and amended complaint upon Defendants Von Blackensee, Whinery, Entzel, Richter, and Maldonado within 45 days of the date of this Order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff at the address listed on the Docket.  The Clerk of Court is further directed to mail a copy of this order to the New York State Attorney General at: 28 Liberty Street, 16th Floor New York, NY 10005.

SO ORDERED.

Dated:   August 24, 2020
         White Plains, New York

                                                    NELSON S. ROMÁN
                                                    United States District Judge