

**SHAW BRANSFORD & ROTH** P.C.
*Attorneys at Law*
1101 Connecticut Avenue NW, Suite 1000
Washington DC 20036
Tel. 202.463.8400   www.shawbransford.com   Fax 202.833.8082

February 23, 2024

The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __02/28/2024__ |

RE: *Yitz Grossman v. United States of America, et al.*, Docket No. 19-cv-09191-NSR

Dear Judge Román:

On behalf of Defendant Ahmed Razek, we write to respectfully request this Court enter an order formally sealing ECF 32 in the above-referenced civil action pursuant to Rule 21.7(b) of the SDNY ECF Filing Rules & Instructions. Plaintiff's counsel, Steven Feldman, consents to this request.

ECF 32 is the Plaintiff's Proof of Service of the summons on Defendant Razek. It was filed by Plaintiff on Wednesday, June 21, 2023, when Plaintiff was *pro se*. The description for ECF 32 and the linked Proof of Service included the name of the minor child who resides at the home of Defendant Razek, and who accepted service of process. According to Rule 21.3 of the SDNY ECF Filing Rules & Instructions, the name of the minor child should not be included on the docket entry or Proof of Service; only the child's initials should appear. Because Plaintiff mistakenly filed the minor child's name, Defendant Razek moves the Court to formally seal ECF 32 pursuant to Rule 21.7(b) to protect the minor child's privacy interests.

Prior to making this request, I contacted the SDNY ECF HelpDesk via email on Tuesday, February 13, 2024, with the consent of Plaintiff's counsel, to request an emergency seal of ECF 32 pursuant to Rule 21.7(a). The next day, the HelpDesk restricted access to ECF 32 and removed the minor's name from the docket entry. A copy of that email correspondence is enclosed as Exhibit A.

**MEMO ENDORSED**

The Honorable Nelson S. Román
February 23, 2024
Page 2


Thank you for your attention to this request.


Respectfully submitted,

Debra L. Roth, *pro hac vice*
Christopher J. Keeven, *pro hac vice*
Shaw Bransford & Roth P.C.
1101 Connecticut Ave NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 463-8400
Fax: (202) 833-8082
ckeeven@shawbransford.com

*Counsel for Defendant Ahmed Razek*

Enclosure

cc: All parties (via ECF)


**The Court GRANTS Defendant's sealing request and formally seals ECF No. 32 pursuant to Rule 21.7(b). ECF No. 32 should hereinafter only be accessible to the Court and the parties to the case. The Clerk of Court is kindly directed to terminate the motion at ECF No. 54**

**Dated: February 28, 2024**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

# ATTACHMENT A

**From:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Sent:** Wednesday, February 14, 2024 9:25 AM
**To:** Debra Roth <droth@shawbransford.com>
**Subject:** RE: Emergency Sealing Request for 7:19-cv-09191-NSR

The entry has been restricted to case participants and the minors name has been removed from the docket entry.

If you require further modifications to the entry, you must reach out to chambers.

V. Bart
Help Desk Services
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
$(212)\ 805 - 0800$ ext. 2

**From:** Debra Roth <droth@shawbransford.com>
**Sent:** Tuesday, February 13, 2024 6:14 PM
**To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Cc:** Steven Feldman <steven@safesq.net>; Litigation Department <litigation@safesq.net>; Jessica Waters, Esq. <labor@safesq.net>; 9143904179@rcfax.com; Osmond, Mark (USANYS) <Mark.Osmond@usdoj.gov>; Christopher Keeven <ckeeven@shawbransford.com>
**Subject:** Emergency Sealing Request for 7:19-cv-09191-NSR

==**CAUTION - EXTERNAL:**==

Attention ECF Help Desk,

I am contacting you pursuant to rule 21.7(a) of the SDNY ECF Filing Rules & Instructions, regarding Docket #32 in the above referenced civil action.

I represent Defendant Razek in the action (Docket #45 and 46). I have consent of the Plaintiff to make this request to you. I have cc'd Plaintiff's counsel Steven Feldman to this email.

Docket #32 is the Plaintiff's proof of service of the summons on Defendant Razek.  It was filed by Plaintiff when Plaintiff was pro se.  Plaintiff is now represented by counsel.

The description for Docket entry #32 and the linked Proof of Service document include the name of the minor child who lives at the home of Defendant Razek, and who accepted service of process.  According to Rule 21.3 of the SDNY ECF filing rules, the name of the minor child should not have been included on the docket and the proof of service, only the child's initials.  Because the minor child's name was mistakenly filed, we are following Rule 21.7(a) to request an emergency seal of Docket #32.

With the consent of Plaintiff's counsel, we will also follow SDNY's ECF filing Rule 21.7(b), by writing to Judge Nelson Roman to formally seal Docket #32.

Thank you for your assistance.

**Debra L. Roth**
Attorney at Law

-
Shaw Bransford & Roth P.C. | Attorneys at Law
1101 Connecticut Avenue NW, Suite 1000
Washington DC 20036
Phone: (202) 463-8400 | Fax: (202) 833-8082
www.shawbransford.com | droth@shawbransford.com

*This message originates from the law firm of Shaw Bransford & Roth P.C. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Shaw Bransford & Roth P.C. If you received this message in error, please notify us immediately at sbr@shawbransford.com.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.