UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
YITZ GROSSMAN,

                        Plaintiff,                          **ORDER**

        -against-                                           19 Civ. 9191 (NSR)(JCM)

OFFICER AHAMAD REZAK,

                        Defendants.
---------------------------------------------------------X

On January 21, 2026, the Court scheduled a telephone conference for March 30, 2026 at 10:00 a.m. (Docket No. 80). Plaintiff did not appear at the March 30, 2026 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference. Accordingly, by April 7, 2026, Plaintiff is directed to provide a letter to the Court explaining his failure to appear at the conference.

In addition, the Court adjourned the March 30, 2026 conference to April 17, 2026 at 11:30 a.m. Plaintiff and counsel for Defendants shall call 855-244-8681 and enter access code 1800490580 at the time of the conference.

Plaintiff's failure to appear at this conference may result in sanctions, including dismissal of his case for failure to prosecute.

Defendant is directed to send a copy of this Order to the Plaintiff via e-mail.

Dated:    March 31, 2026
          White Plains, New York

                                        **SO ORDERED:**

                                        _Judith C. McCarthy_
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge