UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
YITZ GROSSMAN,

                           Plaintiff,                      **ORDER**

          -against-                                        19 Civ. 9191 (NSR)(JCM)

OFFICER AHAMAD REZAK,

                           Defendants.
-------------------------------------------------------X

On March 31, 2026, the Court scheduled a telephone conference for April 17, 2026 at 11:30 a.m. and directed Plaintiff to explain his failure to appear at the March 30, 2026 conference. (Docket No. 81). Plaintiff did not appear at the April 17, 2026 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference. In addition, Plaintiff did not submit a letter explaining his failure to appear at the March 30, 2026 conference.

Accordingly, Plaintiff is again directed to provide a letter to the Court explaining his failure to appear and to comply with Court orders. Failure to do so may result in sanctions, including dismissal of this case for failure to prosecute.

Defendant is directed to send a copy of this Order to the Plaintiff via e-mail.

Dated:    April 20, 2026
          White Plains, New York

                                        **SO ORDERED:**

                                        _Judith C. McCarthy_
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge